In the Matter of PETER B., a Child Alleged to be Abused. DUTCHESS COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; PETER B., SR., Appellant. JOHN GEORGES et al., Nonparty Respondents.

Submitted July 26, 2010; decided September 23, 2010

Motion, insofar as it seeks leave to appeal as against Dutchess County Department of Social Services, dismissed as untimely (see CPLR 5513 [b]; 2103 [b] [2]; [f] [1]; *National Org. for*

*Women v Metropolitan Life Ins. Co.*, 70 NY2d 939 [1988]); motion for leave to appeal otherwise denied.